**Hearing Date: January 9, 2019 at 11:00 a.m.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Stanley Lawrence DiStefano, Jr.<br><br>Debtor. | Chapter 11<br><br>Case No. 16-10694-rel |

**DECLARATION OF KEVIN BROTSPIES, ESQ.**

I, Kevin Brotspies, hereby declare:

1. I am a partner at McElroy Deutsch Mulvaney & Carpenter, LLP and represent Endurance American Insurance Company ("Endurance") in this matter. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to those facts.

2. I submit this Declaration as a supplement to Endurance's opposition [Doc. 277] and supplemental opposition filed simultaneously herewith (the "Opposition") to the objection[1] filed by Stanley DiStefano (the "Debtor") to Endurance's proof of claim No. 13.

3. Attached hereto as **Exhibit A** is an email chain inclusive of a September 8, 2015 email from Green Island's then-counsel, Paul Marthy, Esq. ("Green Island Counsel") concerning the claim by Stilsing Electric Inc.

4. Attached hereto as **Exhibit B** is a May 13, 2015 email from the undersigned to Green Island Counsel concerning the claim by Baseline Airport Lighting.

5. Attached hereto as **Exhibit C** is an email chain inclusive of an October 21, 2015 email from Green Island Counsel concerning the release of bonded contract funds.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Opposition.

1

6. Attached hereto as **Exhibit D** is an email chain inclusive of emails between Endurance's consultant and the attorney for the County of Jefferson concerning the release of bonded contract funds on the Watertown Project.

I declare, certify, verify and state under penalty of perjury that the foregoing is true and correct to the best of my knowledge. I am aware that if any other statements made by me are willfully false, I am subject to punishment.

DATED: New York, New York  
January 8, 2019

Respectfully submitted,  
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

By: */s/ Kevin S. Brotspies*  
Kevin S. Brotspies  
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP  
*Attorneys for*  
*Endurance American Insurance Company*  
225 Liberty Street, 36th Floor  
New York, New York 10281  
(212) 483-9490

EXHIBIT A

# Kevin S. Brotspies

**From:** Kevin S. Brotspies
**Sent:** Tuesday, September 8, 2015 1:03 PM
**To:** 'Paul Marthy'
**Subject:** RE: Green Island Bond Claim - Stilsing Electric, Inc.

Thanks, Paul.

**From:** Paul Marthy [mailto:pmarthy@breakell-law.com]
**Sent:** Tuesday, September 08, 2015 1:01 PM
**To:** Kevin S. Brotspies
**Subject:** RE: Green Island Bond Claim - Stilsing Electric, Inc.

Kevin – I spoke to Stan Distefano regarding Stilsing's claim and he said that the amount claimed to be due is accurate.

Paul

**From:** Kevin S. Brotspies [mailto:kbrotspies@mdmc-law.com]
**Sent:** Wednesday, September 02, 2015 11:26 AM
**To:** Paul Marthy
**Subject:** Green Island Bond Claim - Stilsing Electric, Inc.

Paul –

Please see attached.

Thanks,
Kevin



**Kevin S. Brotspies**
Associate
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

www.mdmc-law.com
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075

kbrotspies@mdmc-law.com
Download vCard
973-425-4238
973-425-0161

**New Jersey | New York | Colorado | Pennsylvania | Connecticut | Massachusetts | Delaware**

THE INFORMATION CONTAINED IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail message or by telephone and delete the original message from your e-mail system and/or computer database.

Please consider the environment before printing this e-mail.

1

EXHIBIT B

# Kevin S. Brotspies

**From:** Kevin S. Brotspies
**Sent:** Wednesday, May 13, 2015 4:40 PM
**To:** pmarthy@breakell-law.com
**Subject:** Endurance - Green Island - Baseline

Paul:

This confirms our earlier conversation that Loewke Brill is issuing payment from the trust account to Baseline Airport Lighting in the amount of $190,433.27, in connection with Baseline's lien and bond claim on the Watertown project. As discussed earlier, you have no objection to this payment.

We will forward you a copy of Baseline's lien discharge once received.

Please let me know if you have any questions or wish to discuss.

Endurance reserves all rights.

Thanks,
Kevin

1

EXHIBIT C

# Kevin S. Brotspies

**From:** Paul Marthy <pmarthy@breakell-law.com>
**Sent:** Tuesday, October 27, 2015 3:37 PM
**To:** Kevin S. Brotspies
**Subject:** RE: Endurance v. Green Island

Thanks Kevin.

**From:** Kevin S. Brotspies [mailto:kbrotspies@mdmc-law.com]
**Sent:** Tuesday, October 27, 2015 3:04 PM
**To:** Paul Marthy; Adam R. Schwartz
**Subject:** RE: Endurance v. Green Island

Paul –

The payment to Straight Line was apportioned as follows:

Route I-87 (Bond No. EAIC021400031)   $88,509.60
Route 9W (Bond No. EAIC021300024)   $41,108.93
Total                                $129,618.53

Attached are releases executed by Straight Line.

Please let us know if you have any questions.

Thanks,
Kevin

**MDMC**

www.mdmc-law.com
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075

**Kevin S. Brotspies**
Associate
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

kbrotspies@mdmc-law.com
Download vCard
973-425-4238
973-425-0161

**New Jersey | New York | Colorado | Pennsylvania | Connecticut | Massachusetts | Delaware**

THE INFORMATION CONTAINED IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail message or by telephone and delete the original message from your e-mail system and/or computer database.

Please consider the environment before printing this e-mail.

**From:** Paul Marthy [mailto:pmarthy@breakell-law.com]
**Sent:** Wednesday, October 21, 2015 4:36 PM
**To:** Adam R. Schwartz; Kevin S. Brotspies
**Subject:** Endurance v. Green Island

Adam and Kevin – It is our understanding that Endurance has paid the bond claims of Straightline Industries on the I-87 and Green County projects.

1

Please let me know the allocation of payment made by Endurance to Straightline for each project. Stan DiStefano said it is important he has this information because he needs to enter this information into the web based reporting system known as EBO used by both the NYS DOT and Green County on both of these projects. He said that before the State and County will even consider releasing the amounts owed on these project, they will require that Green Island make these entries into the EBO system and that Straightline approve the entries made.

If you have any questions or require clarification, let me know. Thanks.

Paul C. Marthy, Esq.
Breakell Law Firm P.C.
10 Airline Drive, Suite 205
Albany, New York 12205
Phone: (518) 869-5552
Fax: (518) 869-4222

**CONFIDENTIALITY NOTICE:** This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or the taking of any action in reliance upon the contents of this communication is strictly prohibited. If you have received the communication in error, please notify the sender immediately by reply e-mail and delete the original message. Thank you.

EXHIBIT D

# Kevin S. Brotspies

**From:** Mike Vogt <mvogt@loewkebrill.com>
**Sent:** Monday, May 9, 2016 2:13 PM
**To:** Kevin S. Brotspies
**Subject:** FW: Assignment of Proceeds Green Island
**Attachments:** hansondischarge.pdf; Baseline executed release.pdf; executed release 6.27.15 Hi-Lite.pdf; anderson equipment release.pdf

*Michael J Vogt*

Michael J. Vogt, Sr. Consultant
Loewke Brill Consulting
491 Elmgrove Rd, Suite 2
Rochester, NY 14606
585-647-9350 (office)
585-721-2174 (cell)

**From:** Mike Vogt
**Sent:** Thursday, May 5, 2016 1:58 PM
**To:** 'David Paulsen' <davidp@co.jefferson.ny.us>
**Subject:** RE: Assignment of Proceeds Green Island

David,

Here are four of the releases you are looking for. A review of our records seems to indicate that Decker was never paid. I frankly also see where there were two other truckers (Decker provided trucks to project) that turned in claims but I do not see evidence of payment on. They are Butts Construction ($ 7,289.00) and David Norton Trucking ($ 6,557). I am working with Endurance to determine if they were paid somehow without my knowledge or why they fell thru the cracks.

Our records indicate that Jefferson County is currently holding $ 201,612.68. This money includes $ 110,508.05 which is previously authorized payment #7 which was being held specifically due to non-payment of funds to Baseline. As the attached release evidences this has been paid.

We propose that Jefferson County hold $ 50,000.00 until we verify payment of the aforementioned amounts. These amounts total $ 17,523.24. The proposed retainage represents 285% of the amount we are showing as possibly owing still. This seems more than reasonable at this point in the process.

Endurance respectfully requests that Jefferson county release this partial payment of $151,612.68 as soon as practical.

We would also ask that if something else is required other than releases for the three individuals you let us know so that we can prepare.

Can you review the situation and let me know your thoughts?

If you would like to discuss feel free to give me a call regarding this.

1

Thanks,

*Michael J Vogt*

Michael J. Vogt, Sr. Consultant
Loewke Brill Consulting
491 Elmgrove Rd, Suite 2
Rochester, NY 14606
585-647-9350 (office)
585-721-2174 (cell)

**From:** David Paulsen [mailto:davidp@co.jefferson.ny.us]
**Sent:** Monday, May 2, 2016 3:01 PM
**To:** Mike Vogt <mvogt@loewkebrill.com>
**Subject:** RE: Assignment of Proceeds Green Island

Mike,

Finally had a chance to look at my file. I only see two claims that are unaddressed in your list. One is Decker Heating for $3677.25 and other is Hi Lite Marking for an unknown amount. Both were on a list I provided you with, but I don't know whether either followed up and made a claim under the bond.

More importantly to the issue of releasing the funds to Endurance. I do not have a Discharge of Public Improvement Lien for Hanson Aggregates, Baseline King or Anderson Equipment. That's not to say Discharges may have not been sent to the County, but a copy was not provided to me. I am checking with the various Departments involved to find out if they may be in their files.

David

**From:** Mike Vogt [mailto:mvogt@loewkebrill.com]
**Sent:** Wednesday, April 27, 2016 2:53 PM
**To:** David Paulsen <davidp@co.jefferson.ny.us>
**Subject:** RE: Assignment of Proceeds Green Island

David,

Called to get an update.

It would seem that we should be able to closeout project and get project funds released.

Let me know.

Thanks,

*Michael J Vogt*

Michael J. Vogt, Sr. Consultant
Loewke Brill Consulting
491 Elmgrove Rd, Suite 2

2

Rochester, NY 14606
585-647-9350 (office)
585-721-2174 (cell)

**From:** David Paulsen [mailto:davidp@co.jefferson.ny.us]
**Sent:** Tuesday, April 19, 2016 1:57 PM
**To:** Mike Vogt <mvogt@loewkebrill.com>
**Subject:** RE: Assignment of Proceeds Green Island

Yes I did. Thank you.

David

**From:** Mike Vogt [mailto:mvogt@loewkebrill.com]
**Sent:** Tuesday, April 19, 2016 1:21 PM
**To:** David Paulsen <davidp@co.jefferson.ny.us>
**Subject:** RE: Assignment of Proceeds Green Island

Did you receive assignment of proceeds signed by Green Island yet?

Thanks,

*Michael J Vogt*

Michael J. Vogt, Sr. Consultant
Loewke Brill Consulting
491 Elmgrove Rd, Suite 2
Rochester, NY 14606
585-647-9350 (office)
585-721-2174 (cell)

**From:** David Paulsen [mailto:davidp@co.jefferson.ny.us]
**Sent:** Tuesday, April 12, 2016 5:06 PM
**To:** Mike Vogt <mvogt@loewkebrill.com>
**Subject:** RE: Assignment of Proceeds Green Island

Sorry Mike, I have been flat out the last month or more. I just wanted to compare the list of settlement amounts you sent recently against what I have in my file to be sure I have both lien released for the public liens and resolution on the non-filed liens.

I think I would prefer to have the assignment from Green Island as well. Looks like this will be a night or week end project!

David

**From:** Mike Vogt [mailto:mvogt@loewkebrill.com]
**Sent:** Tuesday, April 12, 2016 5:01 PM
**To:** David Paulsen <davidp@co.jefferson.ny.us>
**Subject:** Assignment of Proceeds Green Island

David,

3

Haven't heard lately where things are.

Green Island Construction has signed assignments of proceeds for benefit of Endurance Surety.

You should receive by end of week.

Can you review and let me know if you need something regarding this?

Thanks,

*Michael J Vogt*
Michael J. Vogt, Sr. Consultant
Loewke Brill Consulting
491 Elmgrove Rd, Suite 2
Rochester, NY 14606
585-647-9350 (office)
585-721-2174 (cell)

4