# Lemery Greisler LLC

Attorneys at Law

Paul A. Levine, Member

plevine@lemerygreisler.com

(518) 433-8800 ext. 313

August 1, 2019

Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    Re:    Stanley L. DiStefano, Jr.
            Case No. 16-10694/Chapter 11

Dear Judge Littlefield:

    Given the conversion of this case to one under Chapter 7 of the Code, our client Stanley DiStefano has decided to not proceed with depositions in furtherance of his objection to the claim of Endurance American Insurance Company (Dkt. No. 222). I have confirmed with Mr. Brotspies that the matter may be considered fully submitted for the Court's determination and I submit the attached proposed Order to update the Court's docket. Mr. Brotspies and I have agreed to the form of the Order.

    Thank you for the Court's attention.

                                Very truly yours,

                                LEMERY GREISLER LLC

                                Paul A. Levine

PAL:ph

VIA ECF:
cc:    Kevin Brotspies, Esq. (w/enc.)
       Douglas Wolinsky, Esq. (w/enc.)
       All ECF Parties (w/enc.)

50 Beaver St., 2nd Floor
Albany, NY 12207
518.433.8800

www.LemeryGreisler.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
In re:

    STANLEY L. DiSTEFANO, JR.               **Case No. 16-10694**
                                                                       **Chapter 7**

                      Debtor.
-------------------------------------------------------------

## AMENDED INTERIM ORDER ON DEBTOR'S OBJECTION
## TO THE CLAIM OF ENDURANCE AMERICAN INSURANCE COMPANY

**AND NOW** Chapter 7 Debtor, Stanley L. DiStefano, Jr. (the "Debtor") having objected to the claim of Endurance American Insurance Company ("Endurance" and the "Endurance Claim") and the Court having heard the oral arguments of the parties in open court on January 9th, 2019, with appearances as noted on the record;

**AND** the Court having entered an Interim Order on Debtor's Objection to the Claim of Endurance American Insurance Company (the "Interim Order") on January 31, 2019 (Doc. No. 333), which provided, *inter alia*, that the Debtor was permitted to conduct certain limited discovery;

1

**AND** the Debtor has advised the Court that he does not wish to proceed with the discovery permitted by the Interim Order;

**AND** the Debtor and Endurance having consented to the terms of this Amended Interim Order;

**IT IS HEREBY ORDERED** that:

1. The Interim Order is hereby vacated; and

2. Debtor's Objection to the Claim of Endurance American Insurance Company (Doc. No. 222) shall be deemed fully submitted before this Court.

####